**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MAJOR GEORGE TILLERY,

   Plaintiff,

       v.

JOHN WETZEL, *et al.*,

   Defendants.

NO. 3:16-CV-0235

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Compel Discovery (Doc. 30) is **DENIED as moot** in light of his filing of his second Motion to Compel Discovery (Doc. 36).

(2) Plaintiff's Motion to Compel Discovery (Doc. 36) is **DENIED without prejudice**.

(3) Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 34) is **DENIED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge