# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR GEORGE TILLERY, | |
| Plaintiff, | NO. 3:16-CV-0235 |
| v. | (JUDGE CAPUTO) |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 7th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 40) is **GRANTED in part and DENIED in part**.

(2) The requests for compensatory and punitive damages on the First Amendment retaliatory termination claim are **DISMISSED without prejudice**.

(3) The Motion for Summary Judgment is **DENIED in all other respects**.

(4) The matter is placed on this Court's **June 2019** trial list. A pretrial scheduling order will follow in due course.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge