
**pennsylvania**
DEPARTMENT OF CORRECTIONS

May 21, 2019

Honorable A. Richard Caputo
U.S. District Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:   Tillery v. Wetzel, *et al.*
           USDC-MD Pa. Docket No. 3: CV-16-0235

Dear Judge Caputo:

I am writing to inform the Court that this case has been settled. Please consider my motion in limine moot. Please excuse the Parties from the events and deadlines in the Order dated May 6, 2019.

Thank you for your time and consideration.

                                     Sincerely,

                                     Vincent R. Mazeski
                                     Assistant Counsel

cc: Major Tillery